## Katz, et al. *v.* Schuster, Appellant, et al.

Argued November 24, 1975. *Robert S. Grigsby,* with him *Janet N. Valentine,* and *Thomson, Rhodes & Grigsby,* for appellant; *Will J. Schaaf,* with him *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellees.

Order affirmed.

## Lawson *v.* Lawson, Appellant.

Argued November 24, 1975. *Samuel L. Rodgers,* with him *Michael E. Kusturiss,* for appellant; *John A. Metz, Jr.,* with him *Metz, Cook, Hanna & Kelly,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.